U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 30 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

US MARSHALS SERVICE
FORT WORTH, TEXAS
2019 OCT 28 PM 3:33

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CHARITY CANTU (01)

No. 4:19-MJ-__869__

# WARRANT FOR ARREST

TO: The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **CHARITY CANTU**, and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with Sex Trafficking of Children, a violation of Title 18, United States Code, Section 1591(a)(1) and (a)(2) and (b)(1).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this 24th day of October, 2019.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 10/29/2019 | NAME AND TITLE OF ARRESTING OFFICER: MICHAEL SPECIAL PATERSON AGENT | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 10/28/2019 | | #7912 |