ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2020 FEB 25 PM 3:45
DEPUTY CLERK___MW___

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4-20CR-053-P |
| CHARITY CANTU (01) | |

INFORMATION

The United States Attorney Charges:

Count One
Use of a Facility of Interstate Commerce in Aid of a Racketeering Enterprise
(Violation of 18 U.S.C. §§ 1952(a)(3) and (A))

Beginning on or about July of 2019, and continuing through on or about October 12, 2019, the exact dates being unknown, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Charity Cantu**, used facilities in interstate commerce, namely cellular phones, hotels and the internet, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is a business enterprise involving compelling prostitution in violation of Texas Penal Code Sec. 43.05(a)(2), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of 18 U.S.C. §§ 1952(a)(3) and (A).

ERIN NEALY COX
UNITED STATES ATTORNEY



DOUGLAS A. ALLEN
Assistant United States Attorney
State Bar No. 24011525
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Information - Page 2